# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT LAUDERDALE DIVISION

**Civil Action Number: 0:17-cv-60702-WPD**

ALEXANDER JOHNSON,

    Plaintiff,

v.

AMU CORPORATION
d/b/a Budget Inn North,

    Defendant.

## NOTICE OF SETTLEMENT

    Plaintiff Alexander Johnson, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement in principal and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

    Respectfully submitted on this 15th day of June, 2017.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed in the U.S. Court's CM/ECF, and an electronic copy was sent to:

William J. Cone, Jr., Esq. FBN 321516
514 Southeast 7th Street
Fort Lauderdale, Florida 33301
Tel:  (954) 764-0570
Fax: (954) 764-3215
Email: billcone22@aol.com
*Counsel for Defendant*

*s/ Scott R. Dinin*